UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIMMIE LEE ALLEN,

                      Petitioner,

    v.

DARWIN LACLAIR, SUPERINTENDENT,
GREAT MEADOW CORRECTIONAL FACILITY,

                      Respondent.

07 Civ. 11525 (RO)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

## ORDER

OWEN, District Judge:

*Pro se* Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, before Judge Stephen Robinson. Magistrate Judge Smith issued a Report and Recommendation on November 13, 2009, recommending that the petition be dismissed as an improperly filed second and successive habeas petition which is also untimely. On September 14, 2010, this case was reassigned to this Court.

The Court concurs with the Report and Recommendation of Magistrate Judge Smith, and hereby adopts it as the Order of this Court.

SO ORDERED.

October 26, 2010

RICHARD OWEN
UNITED STATES DISTRICT JUDGE